A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 JUL 31 PM 4:54
CLERK MINNEAPOLIS, MN

2006 JUL 24 A 10: 12
RECEIVED MARSHAL ST. PAUL MINN

UNITED STATES OF AMERICA

V.

Leonardo Chavez-Gonzalez

**WARRANT FOR ARREST**

CASE NUMBER: **CR 02-298(2) RHK/AJB**

0641-0721-1242-0

RECEIVED US MARSHALS SERVICE MPLS MN
2006 JUL 25 A 11: 24

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Leonardo Chavez-Gonzalez

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

July 21, 2006 at St. Paul, MN

(By) Gina Olsen, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED
AUG 01 2006
U.S. DISTRICT COURT MPLS

ARRESTED ON 7-21-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______