**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Leonardo Chavez-Gonzalez,
aka Julio Zatarian
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 02-298 RHK 2
Date: September 21, 2006
Court Reporter: Carla Bebault
Tape Number:
Time Commenced: 8:00
Time Concluded: 8:30
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Joseph Dixon, Assistant U.S. Attorney
Defendant: Kurt Glaser 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: Beatriz Cabrera / Spanish

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
Defendant sentenced to custody of BOP for 15 months to be served consecutively to the sentence imposed in Cr. 06-32 RHK. Supervised release shall terminate at the end of confinement.

Defendant is also known as Julio Zatarian.

s/Deborah Siebrecht
Calendar Clerk