RECEIVED

DEC 21 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2006 SEP 25 A 10: 31

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

District of Minnesota

UNITED STATES OF AMERICA
v.
**Leonardo Chavez-Gonzalez**
**aka Carlos Martinez-Barragan**
**aka Julio Zatarain**

**AMENDED**
**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **Cr. 02-298 RHK**
USM Number: **10620-041**
Social Security Number: **NONE**
Date of Birth: **1978**

**Kurt Glaser**
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s): 4 of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #4 | Reentered the US illegally and did not report to the nearest Probation Office within 72 hours. Deft was arrested on 1/5/06 | January 5, 2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

September 21, 2006
Date of Imposition of Judgment

s/ Richard H. Kyle
Signature of Judge

RICHARD H. KYLE, United States District Judge
Name & Title of Judge

September 21, 2006
Date

A true printed copy in 2 sheet(s)
of the electronic record filed on 9-22-06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 9-22, 2006.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
DEC 22 2006
U.S. DISTRICT COURT ST. PAUL

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: LEONARDO CHAVEZ-GONZALEZ AKA JULIO ZATARAIN AKA Carlos Martinez-Barragan
CASE NUMBER: CR. 02-298 RHK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 months to be run consecutively to sentence imposed Cr. 06-32 RHK.**.

[] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11/29/06 to FCI ASHLAND (ATL BUS)

at ASHLAND, KY, with a certified copy of this judgment.

BRIAN J PATTON, WARDEN
United States Marshal

By [signature], LIS
Deputy United States Marshal